# DECISION DISTRIBUTION LIST

FILING DATE **12-12-23**

■ **MEMORANDUM DECISION**
☐ **OPINION**
☐ **DECISION ORDER**

1 CA- **CR** - **23-0206** _____ (County) **YUMA** _____

**STATE** _____ v. **MADRIGAL** _____

| C. PLATT | ■ E-mail ☐ Mail | | ☐ E-mail ☐ Mail |
| | ☐ E-mail ☐ Mail | | ☐ E-mail ☐ Mail |
| C. SULLIVAN | ■ E-mail ☐ Mail | | ☐ E-mail ☐ Mail |
| | ☐ E-mail ☐ Mail | | ☐ E-mail ☐ Mail |
| D. CAMPBELL | ■ E-mail ☐ Mail | | ☐ E-mail ☐ Mail |
| | ☐ E-mail ☐ Mail | | ☐ E-mail ☐ Mail |
| | ☐ E-mail ☐ Mail | | ☐ E-mail ☐ Mail |

Appellant _____ (Anders Cases Only)
DOC (Dept of Corrections) __1___ (CR Cases only)
**Total Copies** _1____

DISPOSITION **REVIEW GRANTED; RELIEF DENIED** _____

COURT OF APPEALS JUDGES  **JBM**  **CJB**  **BYF**  DEPT. **E**

---

JUDGE(s) ON APPEAL  **DAVID M. HAWS** _____  ■ E-mail  ☐ OTHER

* **If Retired**, send copy of decision to presiding judge of that county. If Maricopa, copy court administrator by e-mail.
* **If Other**, (commissioner, pro tem, hearing officer, resigned, not retained, or lost partisan election), send copy of decision to presiding judge of that county. If Maricopa, copy court administrator.

Presiding Judge (if nec) _____ ☐ E-mail
Maricopa County Court Administrator Raymond Billotte (if nec) ☐ E-mail

**Maricopa only:**
**FC/FN** Judge Ronda Fisk                    ☐ E-mail
**TX** Judge Sarah Agne                       ☐ E-mail
**JV Delinquency** Judge Lori Bustamante      ☐ E-mail
**PB/MH** Judge Dean Fink                     ☐ E-mail
**Other Cases:**
**IC** Hon. C. Andrew Campbell               ☐ E-mail
**UB** Ernesto Espino                        ☐ E-mail
Victim Witness* (JV Delinquency, CR) ☐
  *(ONLY IF OTHER THAN AFFIRMED; MAILED BY CLERKS OFFICE)

DIVISION ONE
FILED: 12/12/23
AMY M. WOOD,
CLERK
BY: AA

Modified 7/13/2023

T:\FORMS\MemoDecisons-and-Opinions